IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PERFECT B. GARCIA,

    Plaintiff,

v.

CITY OF NAPA, et al.,

    Defendants.

No. C -13-03886 EDL

**ORDER REQUIRING UNITED STATES MARSHAL'S OFFICE TO SERVE SUMMONS AND COMPLAINT**

On August 28, 2013, the Court granted Plaintiff's Application to Proceed In Forma Pauperis, and dismissed his complaint with leave to amend. Plaintiff timely filed an amended complaint. Accordingly, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, Plaintiff's affidavit in support of his Application to Proceed In Forma Pauperis, and this order upon Defendants.

**IT IS SO ORDERED.**

Dated: October __, 2013

ELIZABETH D. LAPORTE
United States Magistrate Judge