UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECTO BAUER GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERICA HERNANDEZ, et al.,<br><br>　　　　　Defendants. | Case No.　15-cv-04045-SK<br><br>**SUA SPONTE ORDER OF REFERRAL** |

　　　　Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Elizabeth D. Laporte to determine whether it is related to *Garcia, et al. v. City of Napa, et al.*, Case No. 13-cv-3886.

　　**IT IS SO ORDERED**.

Dated: September 8, 2015

_____
SALLIE KIM
United States Magistrate Judge